# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>A silver MacBook Model A1990 with Serial #CO2Z2D92LVCF and a gray iPhone packaged in a clear case seized from Christopher St. John on August 11, 2020, as described in Attachment A-1 | ) ) ) ) ) ) ) Case No. 20-sw-01004-KLM |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __State and__ District of __Colorado__ *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A-1"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B-1"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __September 9, 2020__ *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Kristen L. Mix__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30).*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: **11:10 am, Aug 26, 2020**          *Judge's signature*

City and state:   Denver, CO                Hon. Kristen L. Mix, United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| | | |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

**Certification**

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                            *Executing officer's signature*

                            *Printed name and title*

## **ATTACHMENT A-1**

a. A silver MacBook Model A1990 with Serial #CO2Z2D92LVCF (the "Laptop"), and a gray iPhone packaged in a clear case (the "iPhone") (together, the "Devices") that were seized from Christopher St. John on August 11, 2020.  The Laptop is currently being held in Property and Evidence at the Boulder Police Department, 1805 33rd Street, Boulder, CO and the iPhone is currently at the Boulder County Computer Forensics Lab at 5600 Flatiron Parkway, Boulder, CO

b. This warrant authorizes the forensic examination of the Devices for the purpose of identifying the electronically stored information described in Attachment B-1.

## ATTACHMENT B-1

1.  All records on the Devices described in Attachment A-1 that relate to violations of 18 U.S.C. § 875(c) (the "Subject Offense") and involve Christopher St. John, including:

    a. Any and all records, information, or evidence of repeated, threatening, or harassing phone calls, email messages, or repeated, threatening, or harassing messages via any other means of communication;

    b. Any and all records and information pertaining to cellular telephone number XXX-XXX-6254 or other telephone numbers used by St. John;

    c. Any and all records and information pertaining to and communications to or from email addresses cstjohn324@gmail.com and stjohnc@comcast.net;

    d. Any and all records of Internet Protocol addresses used and records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

    e. Location information tending to show St. John's whereabouts during the commission of the Subject Offense

2.  Evidence of user attribution showing who used or owned the Devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored,

including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.