AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
A laptop case containing papers seized from Christopher St. John on August 11, 2020 seized from Christopher St. John on August 11, 2020, as described in Attachment A-2

) Case No. 20-sw-01004-KLM
)
) FILED
) UNITED STATES DISTRICT COURT
) DENVER, COLORADO
) 3:06 pm, Sep 18, 2020
) JEFFREY P. COLWELL, CLERK

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __State and__ District of __Colorado__ *(identify the person or describe the property to be searched and give its location)*:

SEE "ATTACHMENT A-2" attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE "ATTACHMENT B-2" attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __September 9, 2020__ *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Kristen L. Mix__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*.   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __11:11 am, Aug 26, 2020__                    *[signature]*
                                                                                       *Judge's signature*

City and state:   __Denver, CO__                    Hon. Kristen L. Mix, United States Magistrate Judge
                                                                            *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 9/3/2020 | Copy of warrant and inventory left with: Provided to US Attorney's Office Denver-Chicago for provision to counsel |
| Inventory made in the presence of : N/A | | |
| Inventory of the property taken and name of any person(s) seized: Various documents/items | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/17/2020

_____
Executing officer's signature

Justin Stern, FBI Special Agent
Printed name and title

## **ATTACHMENT A-2**

The property to be searched are a laptop case and papers seized from Christopher St. John on August 11, 2020, and currently being held at Property and Evidence at the Boulder Police Department, 1805 33rd Street, Boulder, CO (the "Laptop Case and Papers").

## **ATTACHMENT B-2**

1.      The items described in Attachment A-2 that relate to violations of 18 U.S.C. § 875(c) (the "Subject Offense") and involve Christopher St. John, including:

    a. Any and all records, information, or evidence of repeated, threatening, or harassing phone calls, email messages, or repeated, threatening, or harassing messages via any other means of communication;

    b. Any and all records and information pertaining to cellular telephone number XXX-XXX-6254 or other telephone numbers used by St. John;

    c. Any and all records and information pertaining to and communications to or from email addresses cstjohn324@gmail.com and stjohnc@comcast.net;

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored.

FD-597 (Rev. 4-13-2015)             Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 9E-CG-3281600

On (date): 9/3/2020

item(s) listed below were:
☑ Collected/Seized 12:00 p.m.
☐ Received From
☐ Returned To
☐ Released To

(Name) Christopher St John
(Street Address) N/A
(City) Boulder, CO

Description of Item(s): One (1) black laptop bag containing various documents/items (belonging to Christopher St John), seized pursuant to federal search warrant

Nothing further

Received By: _____ (Signature)
Printed Name/Title: Justin Stern, FBI SA

Received From: N/A (Signature)
Printed Name/Title: _____